EDWIN R. LA VIN, Respondent, *v.* RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Appellant.

Submitted December 3, 1951; decided December 7, 1951.

*Meyer Kraushaar* for motion.

*Leo E. Sherman* opposed.

Motion granted and appeal dismissed upon the ground that the order does not finally determine the matter within the meaning of the Constitution.